1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE COLE,<br><br>           Plaintiff,<br>  vs.<br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants.<br><br>OBIE S. ANTHONY, III,<br><br>           Plaintiffs,<br>  vs.<br>CITY OF LOS ANGELES, et al.,<br><br>           Defendants.<br><br>OBIE S. ANTHONY, III,<br><br>           Plaintiff,<br>  vs.<br>COUNTY OF LOS ANGELES, et al.<br><br>           Defendants. | Case No. CV 11-03241-CBM (AJWx)<br>(*Cole Action*)<br><br>Case No. CV 12-01332-CBM (AJWx)<br>(*Anthony City Action*)<br><br>Case No. CV 13-07224-CBM (AJWx)<br>(*Anthony County Action*)<br><br>Honorable Consuelo B. Marshall<br><br>**ORDER RE DISMISSAL OF CASE NO.** *CV 13-07224 only* **WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT [205]**<br><br>[Fed.R.Civ.P. Rule 41(a)] |

1

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Case
2  No. CV 13-07224 be dismissed in its entirety, with prejudice.  This includes any
3  remaining claims and/or allegations as well as any claims and/or allegations that
4  have previously been dismissed without prejudice.  The Court retains jurisdiction
5  for the sole purpose of enforcing, if necessary, the Settlement Agreement between
6  the parties.   All parties are to bear their own fees and costs.

9  IT IS SO ORDERED.

12  DATED: November 5, 2015       _____
13                                HONORABLE CONSUELO B. MARSHALL
                                  United States District Judge
14                                Central District of California

2